AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| TRACY L. WORSHAM | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-03645 |
| | ) |
| I.C. SYSTEM, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   I. C. System, Inc.
444 Highway 96 East
St. Paul, MN 55164

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   December 23, 2019



s/ A. García Gallegos

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:19-cv-03645

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  I.C. SYSTEM, INC.
was received by me on *(date)*  1/2/2020 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  CAROL LABS, MANAGER, LEGAL DEPT. , who is
designated by law to accept service of process on behalf of *(name of organization)*
I.C. SYSTEM, INC.          on *(date)* 1/2/2020 10:32AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $        0        for travel and $        0        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:  1/2/2020

_____Scott S_____
Server's signature

Scott Scanlon, Process Server
Printed name and title

1066 Tiffany Pl, Eagan MN 55123
Server's address

Additional information regarding attempted service, etc: